# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gregory Hamilton, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) ) |
| Capex Oilfield Services, Inc. | ) ) Case No. 1-16-cv-63 |
| Defendant. | ) |

Before the court is a motion for attorney Leonard H. Smith to appear *pro hac vice* on Capex Oilfield Services, Inc.'s behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Smith has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Smith has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 27) is **GRANTED**. Attorney Smith is admitted to practice before this court in the above-entitled action on behalf of the Defendant.

**IT IS SO ORDERED.**

Dated this 27th day of October, 2016.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge